IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NUCLEAR MEDICINE
PROFESSIONALS, INC.,
a Florida corporation,

       Plaintiff,

vs.                                   CASE NO.: 1:06cv100-SPM/AK

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,
a Delaware corporation, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 18), advising that the parties have reached a settlement, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.      This case is dismissed with prejudice.

2.      The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of December, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge